**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FELIN JAMES BELL,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | Civil Action No. 3:06-CV-848-B |
| | § | |
| **NATHANIEL QUARTERMAN, Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| **Respondent** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters in this case, including the Findings, Conclusions and

Recommendation of the United States Magistrate Judge and any objections thereto, in accordance

with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and

Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and

Conclusions of the Court.

SIGNED this __14th__ day of __July__, 2008.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE